AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CODY DANIEL ANGELI<br><br>Defendant(s) | ) ) ) ) ) ) ) )  Case No.  3:24-mj- 1168-LLL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 7, 2024__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Interstate Threatening Communication |

This criminal complaint is based on these facts:
See Complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

John Rolander
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/9/24

_____
Judge's signature

City and state: Jax FL

Joel A. Toomey
Printed name and title

## CRIMINAL COMPLAINT AFFIDAVIT

I, John Rolander, being duly sworn, depose and state:

## I.   INTRODUCTION

1. I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since August 2004. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. This includes threatening communications in violation of 18 U.S.C. § 875, threats against the President and successors of the Presidency in violation of 18 U.S.C. § 871, as well as threats against former Presidents and certain other persons protected by the USSS covered by 18 U.S.C. § 879, and related crimes.

2. The information in this Affidavit is based on my personal knowledge as well as information, knowledge, observations, and investigations of other federal, state, and local law enforcement officers.

3. This Affidavit does not contain all information discovered during this investigation, rather only that information believed to be sufficient to support probable cause for the requested criminal complaint.

4. Based on the information in this Affidavit, I request that a criminal complaint be issued for CODY DANIEL ANGELI for violating the provisions of 18 U.S.C. § 875.

## II. PROBABLE CAUSE

5. On or about May 5, 2024, the United States Secret Service Protective Intelligence and Assessment Division/Open-Source Branch notified the United States Secret Service Protective Intelligence Operations Center that an unidentified x/Twitter user under the handle @cody_angeli posted the following messages on or about May 4, 2024:





Tony Stark
@cody_angeli

How many shots do you think you can take @POTUS ? What about you @POTUS45 ? What about you @POTUS44 ?

I took 10 from a Barret .50 cal

I am letting you choose what you want.

Mortal combat is allowed. You are three grown presidential men

And I am just one lil Monkey Boy



3



**Tony Stark**
@cody_angeli

@CIA @FBI @NSAGov @SecretService

This is my walking stick since when they killed me I became blind and dead but it's okay I got all my senses back by becoming God.

So I will be in DC tomorrow to get rid of the fake presidents.

They make me take the shot at me then I can take sword and ask them to be honest



4:54 PM · May 4, 2024 · **7** Views

4



**AuRa** @cody_angeli · May 4
Replying to @cody_angeli
I will not wait any longer.

I will fuck you all up now @POTUS @POTUS45 @POTUS44 @JoeBiden @realDonaldTrump @BarackObama



5



6. On or about May 7, 2024, the same user, utilizing the handle @cody_angeli posted on X/Twitter: "YOURE DEAD @POTUS"



7. On the same date, the same user, utilizing the handle cody_angeli, also posted the following:

7





7. On the same date, the same user, utilizing the handle @cody_angeli posted on X/Twitter: "I'll kill @potus":



8. On or about May 8, 2024, the same user, utilizing the handle @cody_angeli posted on X/Twitter: "That's why I'm just going to walk up and kill whoever I have to now. @POTUS @JustinTrudeau your games are all over[.]"



9. Several open-source queries conducted by the Protective Intelligence Division (PID), to include a TransUnion Law Enforcement (TLO) database query, provided an address in Jacksonville, Florida, as well as a telephone number associated with the name identified in the Twitter handle, Cody Angeli. PID then contacted AT&T for an exigent ping on the telephone number. The ping showed ANGELI was located in Jacksonville, Florida close to the address provided by the TLO query.

10. On May 5, 2024, SA Jeff Boothe of the USSS and Officer Allen Lesage of Jacksonville Sheriff's Office (JSO), went to the address provided by the TLO database query, in an attempt to locate and interview ANGELI regarding the threatening posts on his X/Twitter accounts. Upon arrival, they noticed a black

Nissan Altima, bearing Florida tag number that is registered to ANGELI, parked in a handicapped space outside of his apartment. SA Boothe and Officer Lesage knocked on the door to the residence, but ANGELI never came to the door. SA Boothe also attempted to contact ANGELI via telephone but ANGELI did not answer the phone call.

11. On May 6, 2024, SA Boothe performed a State of Florida Driver and Vehicle Information Database query for the name Cody Angeli, and date of birth, which revealed that ANGELI has a State of Florida driver's license with a registered address in Jacksonville, FL, the same address identified by the TOL query ("the residence").

12. On May 7, 2024, SA Boothe, another SA of the USSS, and a JSO Officer, returned to the residence in an attempt to interview him. His vehicle was parked in a different spot than before on May 5, 2024. Once again, after several attempts at knocking on the door to the residence, ANGELI never answered the door.

13. Later on the same day, SA Boothe received a telephone call from an individual, who identified himself ANGELI's family member ("Family Member 1"). Family Member 1 advised that he planned to travel to Jacksonville, Florida on May 8, 2024 to attempt to meet with ANGELI. Family Member 1 further stated that family members were able to review several social media postings made by ANGELI in the last 24 hours. Family Member 1 agreed to assist with the coordination of an interview with ANGELI.

11

14.     On May 8, 2024, SA Boothe received a telephone call from another family member of ANGELI ("Family Member 2"). Family Member 2 stated he believed ANGELI to be suffering from a bipolar schizophrenia mental condition. Family Member 2 stated that his last contact with ANGELI was approximately three weeks ago when ANGELI threatened physical violence towards him and his family. According to Family Member 2, ANGELI recently quit his job with Dr. Pepper Snapple in Jacksonville, Florida for unknown reasons. Family Member 2 further advised that another family member closely related to ANGELI also suffers from bipolar schizophrenia.

15.     On May 8, 2024, SA Brian Crawley, SA Jeff Boothe, and I met with Family Member 1, at the residence at approximately 3:30 PM (EST).

16.     Family Member 1 asked ANGELI to come to the door of the residence, and after several minutes, ANGELI opened the door. ANGELI requested Family Member 1 wait outside of the residence and then invited SA Crawley, SA Boothe, and me inside. ANGELI immediately asked us if we could "hear the music" and then proceeded to turn up the volume on his cell phone. ANGELI stated his thoughts were being "stolen," that he was "God," and at one point he stated that he was "John Fitzgerald Kennedy." I asked ANGELI about the posts on social media identified above. He admitted that he made the posts and claimed his thoughts had been "stolen." ANGELI also stated he believed his violent rhetoric was protected by the First Amendment and he was exercising his right to free speech. I advised ANGELI

12

that making threats to kill the President of the United States, or anyone else for that matter, was not protected by the First Amendment and it was in fact a federal crime to do so. I asked ANGELI if he wanted to kill the President. He responded that he did not intend to harm anyone, including himself. I again advised ANGELI that it is a federal crime to threaten the President and former Presidents and requested that he stop posting the threatening comments on the social media platforms. ANGELI stated he would not make additional threats and that he would delete his X/Twitter account. I then asked ANGELI if he would be willing to seek mental health treatment or help. ANGELI responded that he would not seek treatment or help and then asked us to leave his apartment. Based on my training and experience, in speaking with ANGELI, he appeared to be experiencing severe mental distress.

## III. CONCLUSION

17. Based upon the foregoing, I submit that probable cause exists to believe that ANGELI has committed the crime of sending a threatening communication in violation of 18 U.S.C. § 875.

_____
John Rolander
Special Agent
United States Secret Service

Subscribed and sworn to this __9__ day of May, 2024.

_____
JOEL B. TOOMEY
United States Magistrate Judge

14